**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| **ANTHONY REECE,** | : |
| **Plaintiff,** | : |
| **VS.** | : CIVIL ACTION FILE<br>NO. 1:06-CV-107 (WLS) |
| **CYNTHIA NELSON, STACY WEBB, KEITH JONES, MR. RIGSBY, LESLIE CURRY, DR. HARRISON, DR. DRURY NOWL, MB. McCASKILL, THORNTON, MR. TAMARGO, SHIVERS, WILSON, and DR. JAMES DEGROOT,** | : |
| **Defendants.** | : |

## NOTICE OF FILING OF MOTIONS TO DISMISS

On January 9, 2007, eight of the above named Defendants herein filed a motion seeking dismissal of the above-styled action alleging plaintiff's failure to exhaust his administrative remedies as required by the Prison Litigation Reform Act before seeking relief in Federal Court. On January 15, 2007, four more named defendants filed a similar motion also raising additional grounds. The plaintiff is advised of his opportunity to respond to the Defendants' motions to dismiss pursuant to the dictates of the following notice:

Since plaintiff is proceeding *pro se*, the court deems it appropriate and necessary to advise him of his right to respond to said motion and of the consequences which he may suffer if he fails to file a response thereto.

Plaintiff is advised that:

(1) a MOTION TO DISMISS has been filed herein by most of the Defendants;

(2) plaintiff has the right to oppose the granting of said motion; and

(3) if plaintiff fails to oppose said motion, his complaint may be dismissed as to those defendants.

Plaintiff is further advised that under the procedures and policies of this court, motions to dismiss are normally decided on briefs. The court considers the pleadings and briefs filed by the parties in deciding whether dismissal is appropriate under the law.

**FAILURE OF THE PLAINTIFF HEREIN TO RESPOND TO THE MOTIONS TO DISMISS MAY RESULT IN THE GRANTING OF THE MOTIONS**. Upon the recommendation of the Magistrate Judge, the District Judge could then grant the motions to dismiss. There would be no trial or further proceedings herein.

Accordingly, the plaintiff may file a response to said motions to dismiss **WITHIN THIRTY(30) DAYS OF RECEIPT OF THIS ORDER.** Thereafter, the court will consider the motions and any opposition to same filed by the plaintiff.

**SO NOTICED**, this 18th day of January 2007.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE