**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

ANTHONY REECE, :
:
    Plaintiff, :
:
v. : 1:06-CV-107 (WLS)
:
CYNTHIA NELSON, ET. AL., :
:
:
    Defendants. :
_____:

**O R D E R**

    Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 39), filed June 28, 2007. It is recommended that Defendants' motions to dismiss (Doc. Nos. 29, 31, 38) be granted. The Magistrate Judge also recommends dismissal of the complaint for failure to prosecute. Plaintiff has not filed a timely, or any, objection to the Report and Recommendation.

    Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Defendants' motions to dismiss (Doc. Nos. 29, 31, 38) are **GRANTED.** Further, the Magistrate Judge's recommendation to dismiss the complaint, pursuant to Fed.R.Civ.Pro. 41(b), for failure to prosecute is **ACCEPTED and ADOPTED.** Plaintiff's complaint (Doc. No. 2) is **DISMISSED.**

    SO ORDERED, this  7th  day of August, 2007.

                                                         /s/W. Louis Sands
                                                **W. Louis Sands, Judge
                                              United States District Court**